Emma Hegner, appellant, v. Herman Kindcek et al., appellees. Gen. No. 30,529.

Action for personal injuries. Judgment for defendants. Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the first division of this court for the

first district at the October term, 1925. Reversed and remanded. Opinion filed June 14, 1926.

Lynn & Korn and Fred H. Kay, for appellant. Kirkland, Patterson & Fleming, for appellees; Weymouth Kirkland, Jay Fred Reeve and William H. Symmes, of counsel.

Mr. Justice Johnston delivered the opinion of the court.